

NUMBER 13-13-00700-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**EDGAR CASTILLO LOPEZ,**                                                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                            **Appellee.**

**On appeal from the County Court at Law No. 7
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

Appellant, Edgar Castillo Lopez, was convicted of indecent exposure. On December 11, 2013, appellant filed a notice of appeal. Appellant's court-appointed counsel filed an *Anders* brief and a motion to withdraw in this cause. *See Anders v. California*, 386 U.S. 738, 744 (1967). Counsel notified this Court that appellant could not be located so the documents could not be served on appellant.

On July 29, 2014, this Court abated the appeal and ordered the trial court to determine whether appellant desired to prosecute this appeal. A supplemental clerk's record was filed on September 30, 2014, containing the trial court's findings and recommendations. Accordingly, this case is REINSTATED.

The trial court made findings that appellant cannot be located, that appellant has been deported and/or voluntarily removed himself from the United States to the country of Mexico, and that appellant has abandoned his appeal. Based upon the recommendation of the trial court that appellant has abandoned his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal. Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of October, 2014.